**Opinion issued June 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00038-CV

————————————

**VERANDA NATION INC., Appellant**

**V.**

**CULINARY MATTERS LLC, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-51065**

---

## MEMORANDUM OPINION

Appellant, Veranda Nation Inc., filed a notice of appeal from the trial court's

October 16, 2024 final judgment. Appellant has neither paid the required fees nor

established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP.

P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a);

Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On February 6, 2025, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by March 10, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On February 19, 2025, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that appellant had paid or made arrangements to pay the fee for the preparation of the clerk's record by March 21, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.